IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID E. WILLIAMS                                                                                    PLAINTIFF

VS.                                         Case No. 06-CV-4037

MILLER COUNTY CIRCUIT COURT;
KIRK JOHNSON; and JIM GUNTER,
Prosecuting Attorneys, Miller County,
Arkansas                                                                                             DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed May 24, 2006 by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 9) Plaintiff David E. Williams has timely filed his objections to the Report and Recommendation. (Doc. 11) Williams, an inmate in the Arkansas Department of Corrections, filed this case pursuant to 28 U.S.C. § 1983 alleging Defendants violated his constitutional rights. Williams proceeds *pro se* and under IFP status. Williams' claims stem from his arrest and arraignment in 1979.

Judge Shepherd recommends that Williams' claims be dismissed as the claims asserted against defendants that are immune from suit and that the claims are barred by the applicable statute of limitations. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). After reviewing the record *de novo*, the Court adopts the Report and Recommendation as its own. The Court finds Defendants are immune from suit and that Williams' claims are barred by the applicable statute of limitations. Williams' complaint is hereby **dismissed with prejudice.** *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

IT IS SO ORDERED, this 13th day of June, 2006.

                                                /s/ Harry F. Barnes
                                                Hon. Harry F. Barnes
                                                U.S. District Court